```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 03 B 50148
   SCOTT A GAGNER
   PATRICIA GAGNER                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-1757    SSN XXX-XX-9646
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/12/03 and confirmed on 03/30/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 162257.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDLAND MORTGAGE CO | CURRENT MORTG | 75709.13 | .00 | 75709.13 |
| MIDLAND MORTGAGE CO | MORTGAGE ARRE | 16412.26 | .00 | 16412.26 |
| FORD MOTOR CREDIT CO | SECURED | 16275.00 | 2706.41 | 16275.00 |
| HERITAGE LAKE HOMEOWNERS | SECURED | 813.84 | .00 | 813.84 |
| HINSDALE BANK & TRUST | SECURED | 2342.71 | 306.15 | 2342.71 |
| IRWIN HOME EQUITY | SECURED | 21119.68 | .00 | 21119.68 |
| IRWIN HOME EQUITY | MORTGAGE ARRE | 4473.00 | .00 | 4473.00 |
| ILL DEPT OF EMPLOYMENT S | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 5663.87 | .00 | 5663.87 |
| ACCUCHECK | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE ACCEPTANCE | UNSECURED | 505.68 | .00 | 101.14 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| UNIFUND CORP | UNSECURED | 9628.73 | .00 | 1925.75 |
| CAPITAL ONE FINANCIAL | UNSECURED | 994.98 | .00 | 199.00 |
| CENTRAL CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 452.55 | .00 | 90.51 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6392.65 | .00 | 1278.53 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| DANBURY MINT | UNSECURED | NOT FILED | .00 | .00 |
| DANBURY MINT | UNSECURED | NOT FILED | .00 | .00 |
| FAMILY PRACTICE CONSULTA | UNSECURED | 175.00 | .00 | 35.00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 419.45 | .00 | 83.89 |
| FIRST SELECT | UNSECURED | NOT FILED | .00 | .00 |
| DENNIS B PORICK | UNSECURED | 2609.35 | .00 | 521.87 |
| MITCHELL N KAY | UNSECURED | NOT FILED | .00 | .00 |

```
MCI WORLDCOM                  UNSECURED       NOT FILED           .00            .00
NANNINI & CATRAMBONE LTD UNSECURED              500.00            .00         100.00
NCO FINANCIAL SYSTEMS IN UNSECURED            NOT FILED           .00            .00
NORTHLAND GROUP               UNSECURED       NOT FILED           .00            .00
PAYDAY LOAN STORE             UNSECURED       NOT FILED           .00            .00
PERSONAL FINANCE              UNSECURED       NOT FILED           .00            .00
PLAZA ASSOCIATES              UNSECURED       NOT FILED           .00            .00
PRAIRIE EMERGENCY SERVIC UNSECURED            NOT FILED           .00            .00
PRIMARY FINANCIAL SERVIC UNSECURED            NOT FILED           .00            .00
RISK MANAGEMENT ALTERNAT UNSECURED            NOT FILED           .00            .00
ST JOSEPH HOSPITAL            UNSECURED       NOT FILED           .00            .00
ST JOSEPH HOSPITAL            UNSECURED       NOT FILED           .00            .00
SERPE CHIROPRACTIC CENTE UNSECURED            NOT FILED           .00            .00
SURPASS                       UNSECURED       NOT FILED           .00            .00
CREDIT BUREAU ENTERPRISE UNSECURED            NOT FILED           .00            .00
WILLIAMS & ASSOCIATES         UNSECURED       NOT FILED           .00            .00
MICHAEL R NAUGHTON            UNSECURED          175.00           .00          35.00
ASSET ACCEPTANCE CORP         UNSECURED         2863.02           .00         572.60
INTERNAL REVENUE SERVICE UNSECURED             1470.48            .00         294.10
FORD MOTOR CREDIT CO          UNSECURED         7783.73           .00        1556.75
CAPITAL ONE FINANCIAL         UNSECURED         1192.12           .00         238.42
NCO FINANCIAL SYSTEMS         FILED LATE           .00            .00            .00
HINSDALE BANK & TRUST         UNSECURED - C       .00            .00            .00
     Summary of disbursements:
----------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED      OTHER        TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  137145.62     5663.87     35162.74         .00      177972.23
PRINCIPAL PAID      137145.62     5663.87      7032.56         .00      149842.05
INTEREST PAID         3012.56         .00          .00         .00        3012.56
TOTAL PAID          140158.18     5663.87      7032.56         .00      152854.61
```

The Debtor's attorney, LEGAL DEFENDERS                     , was allowed $  2700.00
and was paid $     306.00  direct and $   2394.00  through the plan.

The Trustee received $    6896.05 .

Refunds to the Debtor totaled $     112.34 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 04/11/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE

```
                         PAGE   3
     CASE NO. 03 B 50148 SCOTT A GAGNER & PATRICIA GAGNER
```